

FILED
10/14/2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Jabari Nazir Bey | |
| Plaintiff, | |
| V. | 14CV6655 |
| | JUDGE LEFKOW |
| | MAG. JUDGE KIM |
| OAKTON COMMUNITY COLLEGE, | |
| DEFENDANT, | |
| | **RECEIVED** |
| Jury Trial Demand | AUG 2 8 2014 |

RECEIVED
AUG 2 8 2014
8-28-14 en
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## VERIFIED COMPLAINT

Plaintiff, Jabari Nazir Bey ("In Propia Persona/Pro-Se"), before this Honorable Court and hereby files this Verified Complaint against defendant OAKTON COMMUNITY COLLEGE ("OAKTON"), respectfully states as follows:

### I.    PRELIMINARY STATEMENT

1. This action arises under the provisions of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. Plaintiff Jabari Nazir Bey ("Minister Jabari Nazir Bey" or "Plaintiff") is seeking damages to redress the deprivation of his rights from employment discrimination on the basis of national origin and religious beliefs perpetrated by Defendant OAKTON COMMUNITY COLLEGE ("OAKTON COLLEGE" or "Defendant").

## II.   **PARTIES**

2.  Jabari Nazir Bey is an Aboriginal-Indigenous Moor/Native American, currently residing, and at all relevant times herein has resided, in Chicago, Illinois.

3.  Upon information and belief, OAKTON COMMUNITY COLLEGE is an Educational Institution currently maintains, and at all relevant times herein has maintained in Des Plaines, Illinois.

4.  OAKTON COMMUNITY COLLEGE is subject to Title VII because it currently employs, and at all relevant times herein has employed, more than 15 persons and is engaged in an industry affecting commerce.

## III.   **JURISDICTION AND VENUE**

5.  This Court has subject matter jurisdiction over Jabari Nazir Bey's employment discrimination claims pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., as well as 28 U.S.C. §1343.

6.  This Court has personal jurisdiction over OAKTON COMMUNTY COLLEGE because, at all relevant times to this action, OAKTON COMMUNITY COLLEGE maintained contacts with the State of Illinois by doing business within the State of Illinois. The actions which are the subject of this lawsuit took place at OAKTON COMMUNITY COLLEGE campus in Des Plaines, Illinois.

7.  Venue is proper in the Northern District of Illinois pursuant to 28 USC § 1391(b) and (d) because the acts, practices, and courses of business constituting the unlawful employment practices alleged herein occurred within the jurisdiction of the United States District Court for the Northern District of Illinois.

## IV.    CONDITIONS PRECEDENT TO SUIT

8. Within 180 days of the occurrence of the acts set forth herein, Jabari Nazir Bey timely filed charges of discrimination against OAKTON COMMUNITY COLLEGE with the Illinois Department of Human Rights ("IDHR") and the Chicago District Office of the U.S. Equal Employment Opportunity Commission ("EEOC").

9. The IDHR did not resolve the claim. The EEOC did not resolve this claim on a voluntary basis and sent Jabari Nazir Bey a Right to Sue letter dated May 30, 2012 (the "Letter"). A true and correct copy of the Letter is attached to this Verified Complaint as (Exhibit A).

10. Jabari Nazir Bey has complied with the authorization set out in the Letter by instituting this action within 90 days of the date of receipt of the Letter.

## V.    FACTUAL BACKGROUND

11. OAKTON COMMUNITY COLLEGE hired Jabari Nazir Bey as a Campus Police Officer ("Public Safety Officer") in its Des Plaines, Illinois Education Institution on April 23, 2007. Jabari Nazir Bey starting annual wages were around or approximately $28,000.00/year.

12. Jabari Nazir Bey maintained his campus police officer position with OAKTON COMMUNTY COLLEGE for nearly seven years, patrolling the entire campus indoors and outdoors and watching the safety of others. Before OAKTON COMMUNTY COLLEGE terminated Jabari Nazir Bey, he was earning annually around or approximately $48,965.00/year for his labor.

13. Beginning in the later part of 2012 and ending with his termination in August of 2014, Jabari Nazir Bey experienced nearly a year and a half of extreme workplace discrimination, harassment and threats of termination that created an undesirable work environment and led Jabari Nazir Bey to seek medical attention for anxiety and panic attack for overwhelming stress cause by constant discrimination by OAKTON COMMUNITY COLLEGE.

3

14. On or around June 2010 Jabari Nazir Bey corrected his national origin as an Aboriginal-Indigenous Moor/Native American with OAKTON COMMUNITY COLLEGE which is Jabari Nazir Bey Nationality. Jabari Nazir Bey corrected his national origin name from Ryan Clifford Kendricks which is a name that has foundational or ancestral origin to his nationality, to Jabari Nazir Bey in which the name is a part of his ancestral bloodline by heritage and nationality. The name Jabari Nazir Bey is his nationality name as an Aboriginal-Indigenous Moor/Native American.

15. On or around June 2010 Jabari Nazir Bey stated and noticed OAKTON COMMUNITY COLLEGE that it was against his Moorish/Islamic religious beliefs to have and use a social security number. It is against Jabari Nazir Bey Moorish/Islamic religious beliefs to participate in any social security program or to except any benefits from any corporation/corporate entity. Jabari Nazir Bey strong religious convictions does not allow for him to use or to be identified by any social security number.

16. On or around June 2010 OAKTON COMMUNITY COLLEGE stated that they were going to correct Jabari Nazir Bey nationality and nationality name in which they did.

17. On or around June 2010 OAKTON COMMUNITY COLLEGE stated that they were going stop the use, reporting and identifying Jabari Nazir Bey with any type of social security number in which they respected his religious convictions in which Jabari Nazir Bey never gave OAKTON COMMUNITY COLLEGE a social security card with the name Jabari Nazir Bey on it.

18. On or around November 29, 2012 Raul Garcia who was the Director of Account Services and Arnie Oudenhoven who was the Associate Vice President of Human Resources, Adjunct Faculty/Social Sciences and Business met with Jabari Nazir Bey in a private meeting and stated to him that they will identify him by Ryan Clifford Kendricks and not his nationality name Jabari Nazir Bey. They also stated that they would start identifying him and using a social

4

security number for him even if against his religious beliefs to use and be identified by any social security number.

19. OAKTON COMMUNITY COLLEGE for over two years identified verbally and by written documentation, used and identified him and to other outside agencies as by his nationality name Jabari Nazir Bey. OAKTON COMMUNITY COLLEGE also stop identifying and using a social security number for Jabari Nazir Bey in respect of his strong religious beliefs for over two years.

20. On December 6, 2012 OAKTON COMMUNTIY COLLEGE was notified by affidavit of the laws and court cases protecting my right to my nationality, nationality name and my religious beliefs in Jabari Nazir Bey provided detailed information to OAKTON COMMUNITY COLLEGE in regards to the laws and courts cases that protects Jabari Nazir Bey rights.

21. OAKTON COMMUNTITY COLLEGE after being fully aware via the affidavit in line 20, they continue to discriminate against Jabari Nazir Bey.

22. On March 20, 2013 Jabari Nazir Bey filed an employment discrimination charge with the IDHR in which was also sent to the EEOC for OAKTON COMMUNITY COLLEGE discriminating against Jabari Nazir Bey because of his national origin and religious beliefs.

23. OAKTON COMMUNITY COLLEGE has allowed other employees correct or change their national origin, correct or change their name and respect other employees' religious beliefs.

24. Jabari Nazir Bey filed a discrimination complaint with the IDHR and the EEOC within 180 days from when OAKTON COMMUNITY COLLEGE began to discriminate against Jabari Nazir Bey.

25. The discrimination by OAKTON COMMUNITY COLLEGE caused extreme stress and anxiety for Jabari Nazir Bey health physically and mentally which cause him to be on medical leave in which he suffer three extreme stress/anxiety attacks while at work (2/28/2014, 3/3/2014 &

3/4/2014).

26. While on medical leave, Jabari Nazir Bey received a letter dated August 7, 2014 from OAKTON COMMUNITY COLLEGE advising him that his employment termination was effective August 6, 2014. Accordingly, Jabari Nazir Bey employment with OAKTON COMMUNITY COLLEGE was officially terminated on August 6, 2014.


## COUNT I:

## OAKTON COMMUNITY COLLEGE EMPLOYMENT DISCRIMINATION ON THE BASIS OF Jabari Nazir Bey NATIONAL ORIGIN

27. Jabari Nazir Bey realleges and incorporates by reference paragraphs 1 through 26, as paragraph 27 of this Verified Complaint, as if set forth fully herein.

28. Count I is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., against OAKTON COMMUNITY COLLEGE.

29. In violation of Title VII, and in connection with his August 6, 2014 termination, OAKTON COMMUNITY COLLEGE discriminated against Jabari Nazir Bey on the basis of his national origin did not take disciplinary action against other employees engaged in identical behavior. Other employees were not discriminated against, harassed or threaten for correcting their nationality or name.

30. As an Aboriginal-Indigenous Moor/Native American, Jabari Nazir Bey is a member of a protected class.

31. Jabari Nazir Bey corrected his nationality and nationality name with OAKTON COMMUNITY COLLEGE on or around June 2010 in which OAKTON COMMUNTIY COLLEGE in which OAKTON COMMUNITY COLLEGE corrected all information in regards to Jabari Nazir Bey national origin.

6

32. From June 2010 to December 2012 OAKTON COMMUNITY COLLEGE had all documentation reflecting Jabari Nazir Bey nationality name/national origin.

33. As a direct and proximate result of Jabari Nazir Bey termination from OAKTON COMMUNITY COLLEGE, Jabari Nazir Bey has suffered and continues to suffer loss of pay in which Jabari Nazir Bey could not finish his 30 year campus police officer career do to extreme stress and anxiety caused by OAKTON COMMUNITY COLLEGE in which has affected his health physically and mentally.

**COUNT II:**
**OAKTON COMMUNITY COLLEGE EMPLOYMENT DISCRIMINATION ON THE BASIS OF Jabari Nazir Bey RELIGIOUS BELIEFS**

34. Jabari Nazir Bey realleges and incorporates by reference paragraphs 1 through 33, as paragraph 34 of this Verified Complaint, as if set forth fully herein.

35. Count I is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., against OAKTON COMMUNITY COLLEGE.

36. In violation of Title VII, and in connection with his August 6, 2014 termination, OAKTON COMMUNITY COLLEGE discriminated against Jabari Nazir Bey on the basis of his religious beliefs did not take disciplinary action against other employees engaged in identical behavior. Other employees were not discriminated against, harassed or threaten for religious beliefs.

37. As an Aboriginal-Indigenous Moor/Native American, Jabari Nazir Bey Moorish/Islamic religious beliefs he is a member of a protected class.

38. Jabari Nazir Bey informed and noticed OAKTON COMMUNITY COLLEGE of his strong religious beliefs on or around June 2010 in which OAKTON COMMUNTIY COLLEGE in which OAKTON COMMUNITY COLLEGE respected and corrected all information in regards

to Jabari Nazir Bey religious beliefs.

OAKTON COMMUNITY COLLEGE stated that they would not identify him by any social security number and use any social security number for him. Jabari Nazir Bey never gave OAKTON COMMUNITY COLLEGE a social security card with the name Jabari Nazir Bey on it.

39. As a direct and proximate result of Jabari Nazir Bey termination from OAKTON COMMUNITY COLLEGE, Jabari Nazir Bey has suffered and continues to suffer loss of pay in which Jabari Nazir Bey could not finish his 30 year campus police officer career do to extreme stress and anxiety caused by OAKTON COMMUNITY COLLEGE in which has affected his health physically and mentally.

**Exhibit B – Affidavit of Nationality**

**WHEREFORE**, Plaintiff Jabari Nazir Bey, respectfully prays for entry of judgment in his favor and against Defendant OAKTON COMMUNITY COLLEGE on Count I & II of the Verified Complaint:

(a) awarding Plaintiff front pay from August 6, 2014, the date of his indefinite termination to the end on his 30 year campus police officer career in the amount of $1,189,951.00

(b) awarding Plaintiff consequential damages, including but not limited to, the costs incurred as a result of prosecuting this action;

(c) awarding Plaintiff punitive and compensatory damages for national origin discrimination in an amount of $300,000.00;

(d) awarding Plaintiff punitive and compensatory damages for religious beliefs discrimination in an amount of $300,000.00

(d) awarding Plaintiff such other and further relief as this Court deems just and equitable.

Jabari Nazir Bey
c/o Post Office Box 496211
Chicago, Illinois 66049
Telephone# 773-628-9140

Respectfully Submitted

_____ All Rights Reserved
Jabari Nazir Bey (Natural Flesh and Blood Being)

9

# EXHIBIT A

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: **Jabari N. Bey**<br>**P O Box 496211**<br>**Chicago, IL 60649** | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661** |

☐   *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **21B-2013-01269** | **Daniel Lim,**<br>**Acting State & Local Coordinator** | **(312) 869-8082** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]   More than 180 days have passed since the filing of this charge.

[ ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]   The EEOC is terminating its processing of this charge.

[ ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe/dll*       *May 30, 2014*

Enclosures(s)

**John P. Rowe,**
**District Director**

*(Date Mailed)*

cc:

**OAKTON COMMUNITY COLLEGE**
**1600 E Golf Road**
**Des Plaines, IL 60016**

# EXHIBIT B



**National Flag**



**National Seal**



**Treaty Flag**

From: Jabari Nazir Bey ("Minister Jabari Nazir Bey")
Nationality: Aboriginal-Indigenous Moor/Native American
Religious Beliefs: Moorish/Islamic
Citizenship: United States National ("U.S. National")
Nationality Federal Race Code: 667
Unique Identifier/Hierarchical Code: 1237-7/R1.01.052.004
United States Department of Justice Credentials: Indigenous Moor AA 222141 – TRUTH A-1
United States Department of State Auth# 06013144-1

## Affidavit of Nationality

- I Jabari Nazir Bey  am of the age of maturity to make this affidavit and the testimonial facts herein
- I Jabari Nazir Bey am mentally competent to make this Official Affidavit of Testimonial Facts for the Court Record
- I Jabari Nazir Bey have personal knowledge of the facts in this testimony and affidavit
- This affidavit is made under penalties of perjury and must be responded to by a counter affidavit by any and all parties within 30 days or it will stand as undisputed fact as a matter of law


"I Jabari Nazir Bey declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
[Made Pursuant to Title 28 USCA Section 1746][1]

## Affidavit & Statements of Facts

1. I Jabari Nazir Bey state for the record that my Nationality/National Origin is an Aboriginal-Indigenous Moor/Native American.
2. I Jabari Nazir Bey state for the record that my Religious Beliefs are Moorish/Islamic.
3. I Jabari Nazir Bey state for the record that my parents Nationality/National Origin are Aboriginal-Indigenous Moor/Native American.
4. I Jabari Nazir Bey state for the record that I am not a Sovereign Citizen, Sovereign or a part of any sovereign movement.

_____

5.  I Jabari Nazir Bey state for the record that I am not a part of the Moorish Science Temple of America ("Moorish Science Temple") or any affiliate groups of the Moorish Science Temple of America

6.  I Jabari Nazir Bey state for the record that I am not a part of the Washitaw group.

Jabari Nazir Bey _____ All Rights Reserved
(Authentication/Seal)

## VERIFICATION

Under penalties as provided by law pursuant to 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_____
Jabari Nazir Bey
Natural Living Flesh and Blood Being
All Rights Reserved

DATED: 8/28/2014

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Jabari Nazir Bey

         Plaintiff,

     V.

OAKTON COMMUNITY COLLEGE,

         DEFENDANT,

14CV6655
JUDGE LEFKOW
MAG. JUDGE KIM

Jury Trial Demand

RECEIVED

AUG 2 8 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**NOTICE OF FILING**

TO: OAKTON COMMUNITY COLLEGE
   ATTN: PRESIDENT MARGARET B. LEE
   1600 EAST GOLF ROAD
   DES PLAINES, IL 60016
   (847) 635-1600

**PLEASE TAKE NOTICE** that on August 28, 2014, I have filed with the United States District Court for the Northern District of Illinois, a Verified Complaint, a copy of which is served upon you.

**CERTIFICATE OF SERVICE**

I, Jabari Nazir Bey, which I certify I served a copy of this Notice of Filing of this Verified Complaint for a copy to be served upon the fore going person(s) named in the above-captioned matter OAKTON COMMUNITY COLLEGE, ATTN: PRESIDENT MARGARET B. LEE, 1600 EAST GOLF ROAD, CHICAGO, ILLINOIS 60016 by U.S. Marshall/Certified Mail/Fax August 28, 2014 before 5:00PM.

_____ All Rights Reserved
Jabari Nazir Bey

-1-