**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Minister Jabari Nazir Bey a/k/a/ Jabari Nazir Bey

Plaintiff,

V.

OAKTON COMMUNITY COLLEGE,

DEFENDANT,

Case No. 14CV6655
Honorable Judge: John J. Tharp, Jr.

**FILED** *ρ*

DEC 1 0 2014

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Jury Trial Demand

## NOTICE OF FILING

TO: OAKTON COMMUNITY COLLEGE
    ATTN: PRESIDENT MARGARET B. LEE
    1600 EAST GOLF ROAD
    DES PLAINES, IL 60016
    (847) 635-1600

TO: ATTORNEYS FOR OAKTON COMMUNITY COLLEGE
PHILIP H. GERNER III
RACHEL E. LUTNER
ROBBINS SCHWARTZ, et al.
55 WEST MONROE #800
CHICAGO, IL 60603

**PLEASE TAKE NOTICE** that on December 10, 2014, I have filed with the United States District Court for the Northern District of Illinois, an Amended Complaint, a copy of which is served upon you.

## CERTIFICATE OF SERVICE

I, Minister Jabari Nazir Bey, which I certify I served a copy of this Notice of Filing of this Amended Complaint for a copy to be served upon the fore going person(s) named in the above-captioned matter OAKTON COMMUNITY COLLEGE, ATTN: PRESIDENT MARGARET B. LEE, 1600 EAST GOLF ROAD, CHICAGO, ILLINOIS 60016 and ATTORNEYS above by U.S. Marshall/Certified Mail/Fax December 10, 2014 before 5:00PM.

_____

Minister Jabari Nazir Bey
All Rights Reserved

-2-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Minister Jabari Nazir Bey a/k/a/ Jabari Nazir Bey

    Plaintiff,

Case No. 14CV6655
Honorable Judge: John J. Tharp, Jr.

    V.



OAKTON COMMUNITY COLLEGE,

DEC 1 0 2014

    DEFENDANT,

THOMAS G BRUTON
Jury Trial Demand CLERK, U S DISTRICT COURT

### AMENDED COMPLAINT

Plaintiff, Minister Jabari Nazir Bey ("In Propia Persona"), before this Honorable Court and hereby files this Amended Complaint against defendant OAKTON COMMUNITY COLLEGE ("OAKTON"), respectfully states as follows:

1. On November 18, 2014, Plaintiff ("Minister Jabari Nazir Bey") was given leave by the court to amend his complaint in this case.

### I.   PRELIMINARY STATEMENT

2. This action arises under the provisions of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. Plaintiff Minister Jabari Nazir Bey ("Jabari Nazir Bey" or "Plaintiff") is seeking damages to redress the deprivation of his rights from employment discrimination on the basis of national origin and religious beliefs perpetrated by Defendant OAKTON COMMUNITY COLLEGE ("OAKTON COLLEGE" or "Defendant").

1

## II.   PARTIES

3. Minister Jabari Nazir Bey is an Aboriginal-Indigenous Moor/Native American, currently residing, and at all relevant times herein has resided, in Wasat, Indigenous Lands of America.

4. Minister Jabari Nazir Bey has submitted himself to this court's jurisdiction.

5. Upon information and belief, OAKTON COMMUNITY COLLEGE is an Educational Institution currently maintains, and at all relevant times herein has maintained in Des Plaines, Illinois.

6. OAKTON COMMUNITY COLLEGE is subject to Title VII because it currently employs, and at all relevant times herein has employed, more than 15 persons and is engaged in an industry affecting commerce.

## III.   JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over Minister Jabari Nazir Bey's employment discrimination claims pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., as well as 28 U.S.C. §1343.

8. This Court has personal jurisdiction over OAKTON COMMUNTY COLLEGE because, at all relevant times to this action, OAKTON COMMUNITY COLLEGE maintained contacts with the State of Illinois by doing business within the State of Illinois. The actions which are the subject of this lawsuit took place at OAKTON COMMUNITY COLLEGE campus in Des Plaines, Illinois.

9. Venue is proper in the Northern District of Illinois pursuant to 28 USC § 1391(b) and (d) because the acts, practices, and courses of business constituting the unlawful employment practices alleged herein occurred within the jurisdiction of the United States District Court for the Northern District of Illinois.

2

## IV.  CONDITIONS PRECEDENT TO SUIT

10. Within 180 days of the occurrence of the acts set forth herein, Minister Jabari Nazir Bey timely filed charges of discrimination against OAKTON COMMUNITY COLLEGE with the Illinois Department of Human Rights ("IDHR") and the Chicago District Office of the U.S. Equal Employment Opportunity Commission ("EEOC").

11. The IDHR did not resolve the claim. The EEOC did not resolve this claim on a voluntary basis and sent Minister Jabari Nazir Bey a Right to Sue letter dated May 30, 2012 (the "Letter"). A true and correct copy of the Letter is attached to this Verified Complaint as (Exhibit A).

12. Minister Jabari Nazir Bey has complied with the authorization set out in the Letter by instituting this action within 90 days of the date of receipt of the Letter.

## V.  FACTUAL BACKGROUND

13. OAKTON COMMUNITY COLLEGE hired Minister Jabari Nazir Bey as a Campus Police Officer ("Public Safety Officer") in its Des Plaines, Illinois Education Institution on April 23, 2007. Minister Jabari Nazir Bey starting annual wages were around or approximately $28,000.00/year.

14. Minister Jabari Nazir Bey maintained his campus police officer position with OAKTON COMMUNTY COLLEGE for nearly seven years, patrolling the entire campus indoors and outdoors and watching the safety of others. Before OAKTON COMMUNTY COLLEGE terminated Minister Jabari Nazir Bey, he was earning annually around or approximately $48,965.00/year for his labor.

15. Beginning in the later part of 2012 and ending with his termination in August of 2014, Minister Jabari Nazir Bey experienced nearly a year and a half of extreme workplace discrimination, harassment and threats of termination that created an undesirable work environment and led Minister Jabari Nazir Bey to seek medical attention for anxiety and panic attack for

3

overwhelming stress cause by constant discrimination by OAKTON COMMUNITY COLLEGE.

16. On or around June 2010 Minister Jabari Nazir Bey corrected his national origin as an Aboriginal-Indigenous Moor/Native American and United States National ("U.S. National") with OAKTON COMMUNITY COLLEGE which is Ministers Jabari Nazir Bey Nationality. Minister Jabari Nazir Bey corrected his national origin name through a **Native American Tribal Court Order Name Correction/Change** from Ryan Clifford Kendricks in which this name has no foundational or ancestral origin to his nationality, to Jabari Nazir Bey in which the name is a part of his ancestral bloodline by heritage and nationality. The name Jabari Nazir Bey is his nationality name as an Aboriginal-Indigenous Moor/Native American. **The name Jabari Nazir Bey is not his religious name or Islamic name. Minister Jabari Nazir Bey never corrected his name for any religious reasons in which the OAKTON COMMUNITY COLLEGE is fully aware of. Minister Jabari Nazir Bey name was not corrected for any Federal tax purposes or federal tax withholding purposes.**

17. On or around June 2010 Minister Jabari Nazir Bey stated and noticed OAKTON COMMUNITY COLLEGE that it was against his Indigenous Moorish/Islamic religious beliefs to have and use a social security number. It is against Minsiter Jabari Nazir Bey Indigenous Moorish/Islamic religious beliefs to participate in any Social Security Program, Medicare Program or to except any benefits from any corporation/corporate entity. Minister Jabari Nazir Bey strong religious convictions does not allow for him to use or to be identified by any social security number. **Minister Jabari Nazir Bey strong religious beliefs not to have, use or be identified by a social security number was not done for any Federal tax purposes or federal tax withholding purposes. Minister Jabari Nazir Bey strong religious beliefs prohibit him from using a social security number for any and all purposes.**

4

18. On or around June 2010 OAKTON COMMUNITY COLLEGE stated that they were going to correct Minister Jabari Nazir Bey Nationality and nationality name in which they did.

19. On or around June 2010 OAKTON COMMUNITY COLLEGE stated that they were going stop the use, reporting and identifying Minister Jabari Nazir Bey with any type of social security number in which they respected his religious convictions in which Minister Jabari Nazir Bey never gave OAKTON COMMUNITY COLLEGE a social security card with the name Jabari Nazir Bey on it.

20. On or around November 29, 2012 Raul Garcia who was the Director of Account Services and Arnie Oudenhoven who was the Associate Vice President of Human Resources, Adjunct Faculty/Social Sciences and Business met with Minister Jabari Nazir Bey in a private meeting and stated to him that they will identify him by Ryan Clifford Kendricks and not his nationality name Jabari Nazir Bey. They also stated that they would start identifying him and using a social security number for him even if against his religious beliefs to use and be identified by any social security number. OAKTON COMMUNITY COLLEGE then changed all Minister Jabari Nazir Bey pay stubs/payroll bank statements from the time he corrected his name in June 2010 and maliciously and intentionally changed all his pay stubs/payroll bank statements to the name RYAN CLIFFORD KENDRICKS and never notified him dating back to 2010. This was fraud and criminal on behalf of OAKTON COMMUNITY COLLEGE to maliciously and intentionally go into their system to change the name on already verified pay stubs/payroll bank statements submitted to the bank in which he had to find out on his own. They were never going to tell Minister Jabari Nazir Bey. This was an intentional discrimination cover up by OAKTON COMMUNITY COLLEGE (See Exhibit B)

21. OAKTON COMMUNITY COLLEGE for over two years identified verbally and by written documentation, used and identified him and to other outside agencies as by his nationality name

5

Jabari Nazir Bey. OAKTON COMMUNITY COLLEGE also stop identifying and using a social security number for Minister Jabari Nazir Bey in respect of his strong religious beliefs for over two years.

22. On December 6, 2012 OAKTON COMMUNTIY COLLEGE was notified by affidavit of the laws and court cases protecting my right to my nationality, nationality name and my religious beliefs. Minister Jabari Nazir Bey provided detailed information to OAKTON COMMUNITY COLLEGE in regards to the laws and courts cases that protect Minister Jabari Nazir Bey Rights.

23. OAKTON COMMUNTITY COLLEGE after being fully aware via the affidavit, they continue to discriminate against Minister Jabari Nazir Bey. When OAKTON COMMUNITY COLLEGE changed his national origin name and violated his religious beliefs, employees and administration at OAKTON COMMUNITY COLLEGE began to make nasty harassing and sarcastic comments towards him that cause stress, anxiety and made him feel embarrass to come to work (See Exhibit C)

24. On March 20, 2013 Minister Jabari Nazir Bey filed an employment discrimination charge with the IDHR in which was also sent to the EEOC for OAKTON COMMUNITY COLLEGE discriminating against Minister Jabari Nazir Bey because of his national origin and religious beliefs.

25. OAKTON COMMUNITY COLLEGE has allowed other employees and administration correct or change their national origin, correct or change their name and respect other employees and administration' religious beliefs.

26. Minister Jabari Nazir Bey filed a discrimination complaint with the IDHR and the EEOC within 180 days from when OAKTON COMMUNITY COLLEGE began to discriminate against Minister Jabari Nazir Bey.

27. The discrimination by OAKTON COMMUNITY COLLEGE caused extreme stress and anxiety for Minister Jabari Nazir Bey health physically and mentally which cause him to be on medical leave in which he suffer three extreme stress/anxiety attacks while at work (2/28/2014, 3/3/2014 & 3/4/2014). Minister Jabari Nazir Bey was prescribed medicine to treat extreme stress and anxiety cause by OAKTON COMMUNITY COLLEGE in which he never had any medical problems before being discriminated against by OAKTON COMMUNITY COLLEGE (See Exhibit D).

28. Minister Jabari Nazir Bey to this present day suffers from anxiety and stress cause by job previously to being employed because of the long lasting after effects. Minister Jabari Nazir Bey take natural herbs for stress and anxiety everyday prescribed by naturopaths also. The stress and anxiety has prohibited him from working other jobs in the future which is a big financial stress on him to this present day.

29. While on medical leave, Jabari Nazir Bey received a letter dated August 7, 2014 from OAKTON COMMUNITY COLLEGE advising him that his employment termination was effective August 6, 2014. Accordingly, Minister Jabari Nazir Bey employment with OAKTON COMMUNITY COLLEGE was officially terminated on August 6, 2014.

## COUNT I:

## OAKTON COMMUNITY COLLEGE EMPLOYMENT DISCRIMINATION ON THE BASIS OF Minister Jabari Nazir Bey NATIONAL ORIGIN

30. Minister Jabari Nazir Bey re-alleges and incorporates by reference paragraphs 1 through 28, as paragraph 29 of this Amended Complaint, as if set forth fully herein.

31. Count I is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., against OAKTON COMMUNITY COLLEGE.

32. In violation of Title VII, and in connection with his August 6, 2014 termination, OAKTON

COMMUNITY COLLEGE discriminated against Minister Jabari Nazir Bey on the basis of his national origin did not take disciplinary action against other employees and administration engaged in identical behavior. Other employees and administration were not discriminated against, harassed or threaten for correcting their nationality or national origin name.

33. As an Aboriginal-Indigenous Moor/Native American, Minister Jabari Nazir Bey is a member of a protected class.

34. Minister Jabari Nazir Bey corrected his nationality and nationality name with OAKTON COMMUNITY COLLEGE on or around June 2010 in which OAKTON COMMUNTIY COLLEGE in which OAKTON COMMUNITY COLLEGE corrected all information in regards to Minister Jabari Nazir Bey national origin.

35. From June 2010 to December 2012 OAKTON COMMUNITY COLLEGE had all documentation reflecting Minister Jabari Nazir Bey Nationality name/national origin.

36. As a direct and proximate result of Minister Jabari Nazir Bey termination from OAKTON COMMUNITY COLLEGE, Minister Jabari Nazir Bey has suffered and continues to suffer loss of pay in which Minister Jabari Nazir Bey could not finish his 30 year campus police officer career do to extreme stress, embarrassment and anxiety caused by OAKTON COMMUNITY COLLEGE in which has affected his health physically and mentally to this present day.

**COUNT II:**
**OAKTON COMMUNITY COLLEGE EMPLOYMENT DISCRIMINATION ON THE BASIS OF Jabari Nazir Bey RELIGIOUS BELIEFS**

37. Minister Jabari Nazir Bey re-alleges and incorporates by reference paragraphs 1 through 35, as paragraph 36 of this Verified Complaint, as if set forth fully herein.

38. Count I is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., against OAKTON COMMUNITY COLLEGE.

39. In violation of Title VII, and in connection with his August 6, 2014 termination, OAKTON COMMUNITY COLLEGE discriminated against Minister Jabari Nazir Bey on the basis of his religious beliefs did not take disciplinary action against other employees and administration engaged in identical behavior. Other employees were not discriminated against, harassed or threaten for religious beliefs.

40. As an Aboriginal-Indigenous Moor/Native American, Minister Jabari Nazir Bey Indigenous Moorish/Islamic religious beliefs he is a member of a protected class.

41. Minister Jabari Nazir Bey informed and noticed OAKTON COMMUNITY COLLEGE of his strong religious beliefs on or around June 2010 in which OAKTON COMMUNTIY COLLEGE in which OAKTON COMMUNITY COLLEGE respected and corrected all information in regards to Minister Jabari Nazir Bey religious beliefs. OAKTON COMMUNITY COLLEGE stated that they would not identify him by any social security number and use any social security number for him. Minister Jabari Nazir Bey never gave OAKTON COMMUNITY COLLEGE a social security card with the name Jabari Nazir Bey on it.

42. As a direct and proximate result of Minister Jabari Nazir Bey termination from OAKTON COMMUNITY COLLEGE, Minister Jabari Nazir Bey has suffered and continues to suffer loss of pay in which Minister Jabari Nazir Bey could not finish his 30 year campus police officer career do to extreme stress, embarrassment and anxiety caused by OAKTON COMMUNITY COLLEGE in which has affected his health physically and mentally at the present day.

**Exhibit E – Affidavit of Nationality of Truth and Facts**

**WHEREFORE**, Plaintiff Minister Jabari Nazir Bey, respectfully prays for entry of judgment in his favor and against Defendant OAKTON COMMUNITY COLLEGE on Count I & II of the Amended Complaint:

9

(a) awarding Plaintiff front pay from August 6, 2014, the date of his indefinite termination to the end on his 30 year campus police officer career in the amount of $1,189,951.00

(b) awarding Plaintiff consequential damages, including but not limited to, the costs incurred as a result of prosecuting this action;

(c) awarding Plaintiff punitive and compensatory damages for national origin discrimination in an amount of $300,000.00;

(d) awarding Plaintiff punitive and compensatory damages for religious beliefs discrimination in an amount of $300,000.00

(d) awarding Plaintiff such other and further relief as this Court deems just and equitable.


Minister Jabari Nazir Bey                    Respectfully Submitted
c/o Post Office Box 496211
Chicago, Illinois [60649]
Telephone# 773-628-9140

_____
Minister Jabari Nazir Bey (Natural Living Flesh and Blood Being)

_____
Minister Jabari Nazir Bey
Aboriginal Republic of North America Tribal Government/International Indigenous Society
All Rights Reserved

CERTIFICATE ACKNOWLEDGMENT OF NOTARY PUBLIC

State of Illinois}
                    }SS:
County of Cook}

On this, the 9th day of December, 20 14, before me a notary public, the undersigned officer, personally appeared Jabar N. Bey, known to me (or satisfactory proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal,

_____
Notary Public

[seal here]
TELISA POSEY
Notary Public - State of Illinois
My Commission Expires Jan 5, 2016

10

# EXHIBIT A

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: **Jabari N. Bey**
P O Box 496211
Chicago, IL 60649

From: **Chicago District Office**
500 West Madison St
Suite 2000
Chicago, IL 60661

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2013-01269 | **Daniel Lim, Acting State & Local Coordinator** | **(312) 869-8082** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe/dll*

May 30, 2014

Enclosures(s)

**John P. Rowe,
District Director**

*(Date Mailed)*

cc:

**OAKTON COMMUNITY COLLEGE**
1600 E Golf Road
Des Plaines, IL 60016

# EXHIBIT B


**National Flag**


**National Seal**


**Treaty Flag**

From: Minister Jabari Nazir Bey ("Jabari Nazir Bey")
Nationality: Aboriginal-Indigenous Moor/Native American
Religious Beliefs: Indigenous Moorish/Islamic
Citizenship: United States National ("U.S. National")
Nationality Federal Race Code: 667
Unique Identifier/Hierarchical Code: 1237-7/R1.01.052.004
United States Department of Justice Credentials: Indigenous Moor AA 222141 – TRUTH A-1
United States Department of State Auth# 06013144-1

## Affidavit of Malicious, Intentional Discrimination and Fraud by OAKTON COMMUNITY COLLEGE

- I Minister Jabari Nazir Bey  am of the age of maturity to make this affidavit and the testimonial facts herein
- I Minister Jabari Nazir Bey am mentally competent to make this Official Affidavit of Testimonial Facts for the Court Record
- I Minister Jabari Nazir Bey have personal knowledge of the facts in this testimony and affidavit
- This affidavit is made under penalties of perjury and must be responded to by a counter affidavit by any and all parties within 30 days or it will stand as undisputed fact as a matter of law

"I Minister Jabari Nazir Bey declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
[Made Pursuant to Title 28 USCA Section 1746][1]

### Affidavit & Statements of Facts and Truth

1. I Minister Jabari Nazir Bey state for the record that I am the Plaintiff in this Federal Case 14CV6655.
2. I Minister Jabari Nazir Bey state for the record that present myself throughout this entire case In Propia Persona.

1

3. I Minister Jabari Nazir Bey state for the record that OAKTON COMMUNITY COLLEGE has maliciously and intentionally change all pay stubs/payroll bank statements without my knowledge.
4. I Minister Jabari Nazir Bey state for the record that OAKTON COMMUNITY COLLEGE went to their system change all my pay stubs/payroll bank statements from the my Indigenous Nationality name Jabari Nazir Bey to the name RYAN KENDRICKS without my knowing or consent. **(See Documents Attached to this Affidavit)**
5. I Minister Jabari Nazir Bey state for the record that OAKTON COMMUNITY COLLEGE fraudulently and deceitfully intentionally change all my pay stubs/payroll bank statements from my Indigenous Nationality name Jabari Nazir Bey to the name RYAN KENDRICKS from mid-2010 to the end of 2012 as an discrimination cover up.
6. I Minister Jabari Nazir Bey state for the record that these action by OAKTON COMMUNITY COLLEGE has cause be extreme stress and anxiety in which these are also criminal actions by OAKTON COMMUNITY COLLEGE.

Minister Jabari Nazir Bey _____ All Rights Reserved
(Authentication/Seal)

CERTIFICATE ACKNOWLEDGMENT OF NOTARY PUBLIC

State of Illinois}
                  }SS:
County of Cook}

On this, the _9th_ day of _December_, 20 _14_, before me a notary public, the undersigned officer, personally appeared _Jabari N. Bey_, known to me (or satisfactory proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal,

_____
Notary Public

OFFICIAL SEAL
TELISA POSEY
Notary Public - State of Illinois
My Commission Expires Jan 5, 2016
[Seal Here]

2

# Pay Stub Detail

## Oakton Community College - Jabari Nazir Bey - B02014622

### Pay Stub Summary
**Pay Stub Date:** Feb 18, 2011

| | |
|---|---|
| **Gross Amount:** | 2,298.97 |
| **Total Personal Deductions:** | 289.53 |
| **Net Amount:** | 2,009.44 |
| **Total Employer Contributions:** | 253.22 |

### Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 301798 | Direct Deposit | JP Morgan Chase Bank | Checking | 2,009.44 |

### Earnings

| Type | Hours | Rate | Amount |
|---|---|---|---|
| Shift Dif 7% | 80.00 | | 108.10 |
| Overtime Straight Time | 8.00 | | 154.42 |
| Regular Pay | | | 965.15 |
| Overtime Time and a Half | 17.00 | | 492.22 |
| Regular Time Sheet | 50.00 | | .00 |
| Closed Building Pay | 22.00 | | 424.66 |
| Closed Building Pay Worked | .00 | | .00 |
| Sick Pay | 8.00 | | 154.42 |

### Benefits or Deductions

| Type | Personal Deduction | Employer Contribution |
|---|---|---|
| IL Fraternal Order of Police | 17.54 | .00 |
| Medicare | 33.33 | 33.33 |

| | | |
|---|---|---|
| Public Safety Blue Advantage | 7.23 | 191.53 |
| Public Safety Dental | 1.54 | 16.87 |
| SURS College Insurance | 11.49 | 11.49 |
| SURS Public Safety | 218.40 | .00 |

Pay Stubs

**RELEASE: 8.3.0.1**

# Pay Stub Detail

**Banner ID:** B02014622
**SSN/SIN/TIN:** *****2556
**Employee:** Ryan Kendricks
**Address:** PO Box 496211
Chicago, Illinois 60649-0060

**Pay Date:** Feb 18, 2011
**Pay Number:** Bi-weekly Lag 4
**Pay Period:** Jan 30, 2011-Feb 12, 2011

Summary | Earnings | Benefits, Deductions and Taxes | Check or Direct Deposit | Filing Status

## Summary

| Type | Current Period | YTD Amount |
|---|---|---|
| **Gross Amount:** | $2,298.97 | $7,255.96 |
| **Total Personal Deductions:** | $289.53 | $936.03 |
| **Net Amount:** | $2,009.44 | $6,319.93 |
| **Total Employer Contributions:** | $253.22 | $995.58 |

## Earnings

| Job | Earnings | Hours or Units | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Public Safety Officer | Closed Building Pay | 22.00 | | $424.66 | $424.66 |
| | Closed Building Pay Worked | 0.00 | | $0.00 | $0.00 |
| | Holiday Pay | | | | $463.27 |
| | Overtime Straight Time | 8.00 | | $154.42 | $154.42 |
| | Overtime Time and a Half | 17.00 | | $492.22 | $492.22 |
| | Regular Pay | | | $965.15 | $3,899.19 |

| | Shift Dif 7% | 80.00 | | $108.10 | $432.40 |
|---|---|---|---|---|---|
| | Sick Pay | 8.00 | | $154.42 | $154.42 |
| | Vacation Pay | | | | $617.69 |
| | Winter Break | | | | $617.69 |
| | | | Total: | $2,298.97 | $7,255.96 |

**Non Cash Earnings**

| | | | | | |
|---|---|---|---|---|---|
| Public Safety Officer | Regular Time Sheet | 50.00 | | $965.14 | $3,899.18 |

### *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employee YTD | Employer | Employer YTD | Applicable Gross | Applicable Gross YTD |
|---|---|---|---|---|---|---|
| **Deductions before Federal Tax** | | | | | | |
| Public Safety Blue Advantage | $7.23 | $28.92 | $191.53 | $766.12 | | |
| Public Safety Dental | $1.54 | $6.16 | $16.87 | $67.48 | | |
| SURS Public Safety | $218.40 | $689.31 | $0.00 | $0.00 | $2,298.97 | $7,255.96 |
| **Taxes** | | | | | | |
| Federal Bi-Weekly | $0.00 | $0.00 | $0.00 | $0.00 | $2,071.80 | $6,531.57 |
| Illinois Bi-Weekly | $0.00 | $0.00 | $0.00 | $0.00 | $2,071.80 | $6,531.57 |
| Medicare | $33.33 | $105.21 | $33.33 | $105.21 | $2,298.97 | $7,255.96 |
| **Deductions after Federal Tax** | | | | | | |
| Basic Life Public Safety | | $0.00 | | $20.50 | | |
| IL Fraternal Order of Police | $17.54 | $70.16 | $0.00 | $0.00 | | |
| SURS College Insurance | $11.49 | $36.27 | $11.49 | $36.27 | $2,298.97 | $7,255.96 |

| | Total: | $289.53 | $936.03 | $253.22 | $995.58 | | |
|---|---|---|---|---|---|---|---|

### *Federally Taxable Benefits*

| Benefit | Amount | YTD Amount |
|---|---|---|
| Group Life | | $0.00 |

### *Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 301798 | Direct Deposit | JP Morgan Chase Bank | Checking | $2,009.44 |

## Filing Status

### *Federal Bi-Weekly*

| Filing Status | Number of Allowances | Additional Withholding |
|---|---|---|
| Single | 99 | $0.00 |

### *Illinois Bi-Weekly*

| Exempt | Add Ex | Additional Withholding |
|---|---|---|
| 99 | | $0.00 |

Printer Friendly



1600 East Golf Road
Des Plaines, IL 60016-1268
847.635.1600

Summary | Earnings | Benefits, Deductions and Taxes | Federally Taxable Benefits | Check or
Direct Deposit | Filing Status

Select a new Pay Stub

**RELEASE: 8.6**

# EXHIBIT C



**National Flag**



**National Seal**



**Treaty Flag**

From: Minister Jabari Nazir Bey ("Jabari Nazir Bey")
Nationality: Aboriginal-Indigenous Moor/Native American
Religious Beliefs: Indigenous Moorish/Islamic
Citizenship: United States National ("U.S. National")
Nationality Federal Race Code: 667
Unique Identifier/Hierarchical Code: 1237-7/R1.01.052.004
United States Department of Justice Credentials: Indigenous Moor AA 222141 – TRUTH A-1
United States Department of State Auth# 06013144-1

## Affidavit of Harassment by OAKTON COMMUNITY COLLEGE Employees and Administration

- I Minister Jabari Nazir Bey  am of the age of maturity to make this affidavit and the testimonial facts herein
- I Minister Jabari Nazir Bey am mentally competent to make this Official Affidavit of Testimonial Facts for the Court Record
- I Minister Jabari Nazir Bey have personal knowledge of the facts in this testimony and affidavit
- This affidavit is made under penalties of perjury and must be responded to by a counter affidavit by any and all parties within 30 days or it will stand as undisputed fact as a matter of law


"I Minister Jabari Nazir Bey declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
[Made Pursuant to Title 28 USCA Section 1746][1]

### Affidavit & Statements of Facts and Truth

1. I Minister Jabari Nazir Bey state for the record that I am the Plaintiff in this Federal Case 14CV6655.
2. I Minister Jabari Nazir Bey state for the record that present myself throughout this entire case In Propia Persona.

---

1

3. I Minister Jabari Nazir Bey state for the record that when OAKTON COMMUNITY COLLEGE COMMUNITY changed my Indigenous Nationality name from Jabari Nazir Bey to RYAN CLIFFORD KENDRICKS and when they started to violate my religious beliefs, I was hearing harassing and sarcastic comments from employees and administration of OAKTON COMMUNITY COLLEGE after December 2012.

4. I Minister Jabari Nazir Bey state for the record that OAKTON COMMUNITY COLLEGE told employees and administration of the college about my name being change back to RYAN CLIFFORD KENDRICKS and that they were not going to honor or respect my religious beliefs anymore in which employees and administration who I never talk too were make harassing and sarcastic comments about me.

5. I Minister Jabari Nazir Bey state for the record that employees and administration would say after OAKTON COMMUNITY COLLEGE told employees and administration that they change my name back to RYAN CLIFFORD KENDRICKS and violated my Indigenous Moorish/Islamic Religious Beliefs employees and administration would say to me **"Fake", "Fraud", "Back to the Slave Name", "Your Religion Don't Matter", "Fake Native American", "Fake Aboriginal", "Islamic Religion Doesn't Have Any Rights", "Fake Amish", etc.... which was extremely embarrassing and humiliating.**

6. I Minister Jabari Nazir Bey state for the record that these action by OAKTON COMMUNITY COLLEGE have cause me extreme stress, anxiety and embarrassment at OAKTON COMMUNITY COLLEGE.

7. I Minister Jabari Nazir Bey state for the record that many employees and administration at OAKTON COMMUNITY COLLEGE religious beliefs or religious value systems have been honored/respected in the work environment in which OAKTON COMMUNITY COLLEGE did not respect mine.

8. I Minister Jabari Nazir Bey state for the record that OAKTON COMMUNITY COLLEGE did not use a social security number for me from mid-2010 to the end of 2012 in honor/respect and as a matter of law of my Indigenous Moorish/Islamic Religious Beliefs as it is against my Indigenous Moorish/Islamic Religious Beliefs to have, use or be identified by any social security number.

9. I Minister Jabari Nazir Bey state for the record that it is against my Indigenous Moorish/Islamic Religious Beliefs to participate in any Social Security or Medicare program in which the college was fully aware of and agreed not to use.

10. I Minister Jabari Nazir Bey state for the record that I never gave OAKTON COMMUNITY COLLEGE a social security card with the name Jabari Nazir Bey.

Minister Jabari Nazir Bey _____ All Rights Reserved

(Authentication/Seal)

2

CERTIFICATE ACKNOWLEDGMENT OF NOTARY PUBLIC

State of Illinois}

           }SS:

County of Cook}

On this, the _9th_ day of ___December___ , 20 _14_ , before me a notary public, the undersigned officer, personally appeared ___Jabari N. Bey___ , known to me (or satisfactory proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal,

_____Telisa Posy_____
Notary Public

```
OFFICIAL SEAL
TELISA POSY[Seal here]
Notary Public - State of Illinois
My Commission Expires Jan 5, 2016
```

3

# EXHIBIT D

# YOUR PERSONAL PRESCRIPTION INFORMATION

**Your Walgreens Pharmacy Location**
7109 S Jeffery Blvd
Chicago, IL 60649
(773)324-1880

IF YOU HAVE QUESTIONS ABOUT YOUR PRESCRIPTION, PLEASE CONTACT YOUR WALGREENS PHARMACIST OR CALL 1-800-WALGREENS.

| | | |
|---|---|---|
| **PATIENT** JABARI BEY | **DOCTOR** P. DHIR, PBR | **DRUG DESCRIPTION** |
| **BIRTH DATE** 01/22/84 | | |
| **MEDICATION** PAROXETINE 20MG TABLETS | **PATIENT ALLERGIES** | |
| **QUANTITY** 30 | | PINK |
| **DIRECTIONS** TAKE 1 TABLET BY MOUTH DAILY | | FRONT: C |
| | | BACK: 5 6 |

Call your doctor for medical advice about side effects.
You may report side effects to FDA at 1-800-FDA-1088.

**INGREDIENT NAME:** PAROXETINE (par-OX-e-teen)

**COMMON USES:** This medicine is a selective serotonin reuptake inhibitor (SSRI) used for treating depression or obsessive-compulsive disorder (OCD). It may be used to treat panic disorder or posttraumatic stress disorder (PTSD). It may also be used to treat generalized anxiety disorder or social anxiety disorder. It may also be used for other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** WARNING: Antidepressants may increase the risk of suicidal thoughts or actions in children, teenagers, and young adults. However, depression and certain other mental problems may also increase the risk of suicide. Talk with the patient's doctor to be sure that the benefits of using this medicine outweigh the risks. Family and caregivers must closely watch patients who take this medicine. It is important to keep in close contact with the patient's doctor. Tell the doctor right away if the patient has symptoms like worsened depression, suicidal thoughts, or changes in behavior. Discuss any questions with the patient's doctor. THIS MEDICINE IS NOT APPROVED FOR USE IN CHILDREN. Talk with the doctor. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE IF you are taking a fenfluramine derivative (eg, dexfenfluramine), nefazodone, pimozide, a serotonin norepinephrine reuptake inhibitor (SNRI) (eg, venlafaxine), another SSRI (eg, paroxetine), sibutramine, thioridazine, or tryptophan. DO NOT TAKE THIS MEDICINE IF you are taking or have taken a monoamine oxidase inhibitor (MAOI) (eg, phenelzine, selegiline, linezolid, or St. John's wort within the last 14 days. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking anorexiants (eg, phentermine), cimetidine, fentanyl, lithium, metoclopramide, serotonin 5HT1 receptor agonists (eg, sumatriptan), tramadol, trazodone, anticoagulants (eg, warfarin), aspirin, nonsteroidal anti-inflammatory drugs (NSAIDs) (eg, ibuprofen), diuretics (eg, furosemide, hydrochlorothiazide), antiarrhythmics (eg, flecainide, propafenone, quinidine), astemizole, terfenadine, phenothiazines (eg, chlorpromazine), cyproheptadine, HIV protease inhibitors (eg, ritonavir), phenobarbital, phenytoin, aripiprazole, atomoxetine, clozapine, fluoxetine, procyclidine, risperidone, theophylline, tricyclic antidepressants (eg, amitriptyline), digoxin, tamoxifen, or methylene blue. IF YOUR DOCTOR TELLS YOU TO STOP TAKING THIS MEDICINE, you will need to wait for several weeks before beginning to take certain other medicines (eg, MAOIs, nefazodone). Ask your doctor when you should start to take your new medicines after you have stopped taking this medicine. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including dehydration, low blood sodium levels, allergies, pregnancy, or breast-feeding. Tell your doctor if you have a history of seizures, heart problems, liver problems, severe kidney problems, stomach or bowel bleeding, narrow-angle glaucoma, diabetes, or metabolism problems. Tell your doctor if you or a family member has a history of bipolar disorder (manic-depression), other mental or mood problems, suicidal thoughts or attempts, or alcohol or substance abuse. Tell your doctor if you drink alcohol or if you will be having electroconvulsive therapy (ECT). Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

**HOW TO USE THIS MEDICINE:** Follow the directions for taking this medicine provided by your doctor. This medicine has a MEDICATION GUIDE approved by the U.S. Food and Drug Administration. Read it carefully. Ask your doctor, nurse, or pharmacist any questions that you may have about this medicine. Take this medicine by mouth with or without food. SOME BRANDS OF THIS MEDICINE should be swallowed whole, and should not be chewed or crushed. If you cannot swallow this medicine whole, check with your pharmacist to see if your brand of this medicine can be crushed. STORE THIS MEDICINE at room temperature, between 59 and 86 degrees F (15 and 30 degrees C). Store away from heat, moisture, and light. Do not store in the bathroom. KEEP THIS MEDICINE out of the reach of children and away from pets. DO NOT SUDDENLY STOP TAKING THIS MEDICINE without checking with your doctor. Side effects may occur. They may include mental or mood changes, numbness or tingling of the skin, dizziness, confusion, headache, trouble sleeping, or unusual dreams. You will be closely monitored when you start this medicine and whenever a change in dose is made. TAKING THIS MEDICINE at the same time each day will help you remember to take it. CONTINUE TO TAKE THIS MEDICINE even if you feel well. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:** DO NOT USE THIS MEDICINE IF you are allergic to any ingredient in this medicine. THIS MEDICINE MAY CAUSE DROWSINESS, DIZZINESS, OR BLURRED VISION. These effects may be worse if you take it with alcohol or certain medicines. Use this medicine with caution. Do not drive or perform other possibly unsafe tasks until you know how you react to it. DO NOT DRINK ALCOHOL while you are taking this medicine. CHECK WITH YOUR DOCTOR BEFORE YOU USE medicines that may cause drowsiness (eg, sleep aids, muscle relaxers) while you are using this medicine; it may add to their effects. Ask your pharmacist if you have questions about which medicines may cause drowsiness. SEVERAL WEEKS MAY PASS BEFORE YOUR SYMPTOMS IMPROVE. DO NOT take more than the recommended dose, change your dose, or use this medicine for longer than prescribed without checking with your doctor. CHILDREN, TEENAGERS, AND YOUNG ADULTS who take this medicine may be at increased risk for suicidal thoughts or actions. Closely watch all patients who take this medicine. Contact the doctor at once if new, worsened, or sudden symptoms such as depressed mood; anxious, restless, or irritable behavior; panic attacks; or any unusual change in mood or behavior occur. Contact the doctor right away if any signs of suicidal thoughts or actions occur. THIS

to discuss the benefits and risks of using this medicine while you are pregnant. This medicine is found in breast milk. If you are or will be breast-feeding while you use this medicine, check with your doctor. Discuss any possible risks to your baby.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS that may occur while taking this medicine include anxiety; blurred vision; constipation; decreased sexual desire or ability; diarrhea; dizziness; drowsiness; dry mouth; gas; increased sweating; increased urination; loss of appetite; nausea; nervousness; numbness or tingling of the skin; stomach upset; trouble sleeping; weakness; or yawning. If they continue or are bothersome, check with your doctor. THIS MEDICINE MAY AFFECT FERTILITY in some men. Discuss any questions or concerns with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience bizarre behavior; black or bloody stools; chest pain; confusion; decreased concentration; exaggerated reflexes; fainting; fast or irregular heartbeat; fever, chills, or sore throat; hallucinations; loss of coordination; memory loss; new or worsening mental or mood changes (eg, agitation, panic attacks, aggressiveness, depression, impulsiveness, irritability, hostility, exaggerated feeling of well-being, restlessness, inability to sit still); persistent or severe ringing in the ears; persistent, painful erection; red, swollen, blistered, or peeling skin; seizures; severe or persistent anxiety or trouble sleeping; severe or persistent headache or dizziness; significant weight loss; stomach pain; suicidal thoughts or attempts; tremor; unusual bone pain or unexplained swelling or tenderness; unusual bruising or bleeding; unusual weakness; or vision changes. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash; hives; itching; difficulty breathing; tightness in the chest; or swelling of the mouth, face, lips, or tongue. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** IF OVERDOSE IS SUSPECTED, contact your local poison control center or emergency room immediately. Symptoms may include coma; confusion; dilated pupils; fainting; fast, slow, or irregular heartbeat; inability to urinate; seizures; severe muscle pain; severe or persistent dizziness, drowsiness, nausea, or vomiting; tremor; or yellowing of the eyes or skin.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. IF YOU WILL BE USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, be sure to obtain necessary refills before your supply runs out. CHECK WITH YOUR PHARMACIST about how to dispose of unused medicine.

Do not flush unused medications or pour down a sink or drain.

# EXHIBIT E



**National Flag**



**National Seal**



**Treaty Flag**

From: Minister Jabari Nazir Bey ("Jabari Nazir Bey")
Nationality: Aboriginal-Indigenous Moor/Native American
Religious Beliefs: Indigenous Moorish/Islamic
Citizenship: United States National ("U.S. National")
Nationality Federal Race Code: 667
Unique Identifier/Hierarchical Code: 1237-7/R1.01.052.004
United States Department of Justice Credentials: Indigenous Moor AA 222141 – TRUTH A-1
United States Department of State Auth# 06013144-1

## Affidavit of Nationality

- I Minister Jabari Nazir Bey  am of the age of maturity to make this affidavit and the testimonial facts herein
- I Minister Jabari Nazir Bey am mentally competent to make this Official Affidavit of Testimonial Facts for the Court Record
- I Minister Jabari Nazir Bey have personal knowledge of the facts in this testimony and affidavit
- This affidavit is made under penalties of perjury and must be responded to by a counter affidavit by any and all parties within 30 days or it will stand as undisputed fact as a matter of law

"I Minister Jabari Nazir Bey declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
[Made Pursuant to Title 28 USCA Section 1746][1]

## Affidavit & Statements of Facts and Truth

1. I Minister Jabari Nazir Bey state for the record that my Nationality/National Origin is an Aboriginal-Indigenous Moor/Native American.
2. I Minister Jabari Nazir Bey state for the record that my Religious Beliefs are Indigenous Moorish/Islamic.

---

1

3. I Minister Jabari Nazir Bey state for the record that my parents Nationality/National Origin are Aboriginal-Indigenous Moor/Native American.
4. I Minister Jabari Nazir Bey state for the record that my citizenship is United States National ("U.S. National")
5. I Minister Jabari Nazir Bey state for the record that I am not a Sovereign Citizen, Sovereign or a part of any sovereign movement.
6. I Minister Jabari Nazir Bey state for the record that I am not a part of the Moorish Science Temple of America ("Moorish Science Temple") or any affiliate groups of the Moorish Science Temple of America
7. I Minister Jabari Nazir Bey state for the record that I am not a part of the Washitaw group.
8. **I Minister Jabari Nazir Bey state for the record that my Indigenous Nationality name Jabari Nazir Bey is not a religious name or Islamic name.**
9. I Minister Jabari Nazir Bey state for the record that I did not correct my name to Jabari Nazir Bey for any Federal tax purposes or any tax withholding purposes.
10. I Minister Jabari Nazir Bey state for the record that my Indigenous Moorish/Islamic Religious Beliefs and non-use of any type of social security card or social security number was not done for the purpose of federal tax purposes or any tax withholding purposes. These are my strong religious convictions in any matter.
11. **I Minister Jabari Nazir Bey state for the record that throughout this entire case any arguments or statements made by OAKTON COMMUNITY COLLEGE or through their attorneys that my Indigenous Nationality name Jabari Nazir Bey or my Indigenous Moorish/Islamic Religious Beliefs not to use, have or be identified by any social security number is for the purpose any type of federal tax or tax withholding purposes are false statements and false arguments.**
12. **I Minister Jabari Nazir Bey state for the record that my Indigenous Nationality name and Religious Beliefs have nothing to do with any federal tax or tax withholding purposes.**
13. I Minister Jabari Nazir Bey state for the record that my Indigenous Nationality name correction/change was done through a Native American Tribal Court Order and governed by State Law, Federal Law and International Law.
14. I Minister Jabari Nazir Bey state for the record that OAKTON COMMUNITY COLLEGE has committed acts of Denationalization against me by verbally and written documentation changing my Indigenous Nationality name Jabari Nazir Bey to another name that is not a part of my national origin.

Minister Jabari Nazir Bey _____ All Rights Reserved
(Authentication/Seal)

CERTIFICATE ACKNOWLEDGMENT OF NOTARY PUBLIC

State of Illinois}

}SS:

County of Cook}

On this, the _9th_ day of _December_ , 20 _14_ , before me a notary public, the undersigned officer, personally appeared _Jabari N Bey_ , known to me (or satisfactory proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal,

_____
Notary Public

OFFICIAL SEAL
TELISA POSEY [seal here]
Notary Public - State of Illinois
My Commission Expires Jan 5, 2016

3